UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, FOR THE USE AND BENEFIT OF HCI SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AGBAYANI CONSTRUCTION CORPORATION, A CALIFORNIA CORPORATION, et al., <br><br> Defendants. | Case No.  14-cv-02503-MEJ <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that the Case Management Conference in this case is CONTINUED to October 9, 2014 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  The parties shall file their joint statement by October 2, 2014.  All deadlines are adjusted accordingly.

Dated: August 5, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge