1  Wahid E. Guirguis, Esq., SBN 210314
     guirguis@huntortmann.com
2  HUNT ORTMANN PALFFY
3  NIEVES DARLING & MAH, INC.
   301 North Lake Avenue, 7th Floor
4  Pasadena, California 91101-1807
5  Phone: (626) 440-5200    Fax: (626) 796-0107
   Attorneys for Plaintiff HCI Systems, Inc.
6

7  Pamela J. Scholefield, Esq., SBN 196368
     pam@construction-laws.com
8  SCHOLEFIELD, P.C. – CONSTRUCTION LAW
9  10815 Rancho Bernardo Road, Suite 105
   San Diego, California  92127
10 Phone: (858) 613-0888    Fax: (858) 613-0045
11 Attorneys for Defendants Agbayani Construction Corporation and First National Insurance
   Company of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of HCI SYSTEMS, INC., a California corporation, | CASE NO: 3:14-cv-2503 |
| Plaintiff, | **STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES and ORDER THEREON** |
| v. | |
| AGBAYANI CONSTRUCTION CORPORATION, a California Corporation; FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a Massachusetts corporation; SABAH INTERNATIONAL, INC., a California corporation; DOES 1 through 15, inclusive, | Judge: Hon. Maria-Elena James |
| | **Scheduled CMC Date: October 9, 2014** |
| | **Scheduled CMC Time: 10:00 a.m.** |
| Defendants. | |

Plaintiff HCI Systems, Inc. ("HCI"), and Defendants Agbayani Construction Corporation ("ACC"), and First National Insurance Company of America ("First National"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on September 17, 2014, counsel for the parties to this Action met and conferred as required by this Court's ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, and the contents of this Stipulation were the subjects upon which counsel met and conferred;

WHEREAS, the parties recognize that various claims between the parties in this Action relate to the a construction contract between HCI and ACC, and/or the activities of the parties before, during and after the dispute between HCI and ACC arose under the construction contract;

WHEREAS, HCI and ACC have agreed to mediate their construction contract dispute;

WHEREAS, the construction contract between HCI and ACC contains an arbitration provision;

WHEREAS, HCI and ACC have agreed to enter into a stipulation to first mediate and, if mediation is not successful, then arbitrate, the construction contract dispute ("ADR Stipulation"):

WHEREAS, the construction dispute between HCI and ACC has components that are technical in nature, and, thus, HCI and ACC desire the terms of the ADR Stipulation to include discovery and case management provisions, along with a time table for both, in order to assist HCI and ACC in exchanging necessary documents and information to have a fruitful mediation, and, therefore, HCI and ACC need some time to work out the details of such ADR Stipulation;

WHEREAS, Sabah has a pending dispositive motion to be heard on October 9, 2014, and, thus, it is not known whether or not Sabah will need to participate in the ADR

Stipulation;

WHEREAS, the parties desire to avoid (1) expending the resources to prepare a formal Rule 26(f) report and joint CMC statement and (2) this Court expending further resources, given the construction contract dispute will be resolved through the private ADR process, and, thus, the parties request that this Court continue the Initial CMC date for 30 days so that the results of Sabah's dispositive motion will be known and so that HCI and ACC can draft their ADR Stipulation prior to the requested continued date of the Initial CMC;

WHEREAS, counsel for HCI and ACC are in communications with counsel for Sabah, so that once the result of the pending motion is known, Sabah could be included in the development of the ADR Stipulation and proceeding with this Action forward;

WHEREAS, counsel for Sabah indicated during the meet and confer that he is in agreement with continuing the Initial CMC;

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE THAT:

1. HCI and ACC prepare and execute an ADR Stipulation whereby HCI and ACC agree to the scope and timing of the exchange of information for purposes of preparing to mediate, and, in the event that mediation fails, arbitrate, the construction contract dispute;

2. Such ADR Stipulation set forth a proposed timeline for conducting the mediation, and, in the event mediation fails, arbitration;

3. Said ADR Stipulation will seek a stay of the Action between ACC, its surety First National, and HCI;

4. After the outcome of the Sabah motion is known, Counsel will further discuss whether the stay will apply as to Sabah,

5. Such ADR Stipulation be completed and filed with this Court no later than 14

days prior to the continued Initial CMC; and

6. The Initial CMC be continued at least 30 days, with all related dates being adjusted accordingly.

IT IS SO STIPULATED.

DATED: September 19, 2014　　　　SCHOLEFIELD, P.C.

By: _/s/ *Pamela J. Scholefield*_
　　　PAMELA J. SCHOLEFIELD
Attorneys for Defendants Agbayani Construction Corporation and First National Insurance Company of America

DATED: September 19, 2014　　　　HUNT ORTMANN PALFFY
NIEVES DARLING & MAH, INC.

By: _/s/ *Wahid E. Guirguis*_
　　　WAHID E. GUIRGUIS
Attorneys for Plaintiff HCI Systems, Inc.

## **ORDER**

Based on the above Stipulation, the Court finds that good cause exists to grant the relief requested, and

IT IS HEREBY ORDERED:

1. That HCI and ACC prepare and execute an ADR Stipulation whereby HCI and ACC agree to the scope and timing of the exchange of information for purposes of preparing to mediate, and, in the event that mediation fails, arbitrate, the construction contract dispute;

2. That such ADR Stipulation set forth a proposed timeline for conducting the mediation, and, in the event mediation fails, arbitration;
3. That said ADR Stipulation seek a stay of the Action between ACC, its surety First National, and HCI;
4. That, after the outcome of the Sabah motion is known, Counsel will further discuss whether the stay will apply as to Sabah,
5. That such ADR Stipulation be completed and filed with this Court no later than 14 days prior to the continued Initial CMC; and
6. That the Initial CMC be continued to  12/18/14  at  10:00am , with all related dates being adjusted accordingly.

IT IS SO ORDERED.

Dated: 9/19/2014

