

1 | Wahid E. Guirguis, Esq., SBN 210314
   guirguis@huntortmann.com
2 | HUNT ORTMANN PALFFY
3 | NIEVES DARLING & MAH, INC.
4 | 301 North Lake Avenue, 7th Floor
   Pasadena, California 91101-1807
5 | Phone: (626) 440-5200    Fax: (626) 796-0107

Attorneys for Plaintiff HCI Systems, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of HCI SYSTEMS, INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>AGBAYANI CONSTRUCTION CORPORATION, a California corporation; FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a Massachusetts corporation; SABAH INTERNATIONAL, INC., a California Corporation; and, DOES 1 through 15,<br><br>    Defendants. | Case No. 3:14-cv-2503<br><br>**STIPULATION FOR DISMISSAL OF SABAH INTERNATIONAL INC.** |

Plaintiff, UNITED STATES OF AMERICA, for the use and benefit of HCI Systems, Inc. ("HCI") and appearing Defendants, Agbayani Construction Corporation ("Agbayani"), First National Insurance Company of America ("First National") and Sabah International, Inc. ("Sabah") (Collectively referred to as "Parties"), hereby stipulate and agree as follows:

732631.1 WEG 3670.004          1          3:14-cv-2503
STIPULATION FOR DISMISSAL OF SABAH INTERNATIONAL INC.

WHEREAS:

1. On May 30, 2014, HCI filed its Complaint in this action;
2. On August 22, 2014 HCI filed its First Amended Complaint in this action;
3. HCI alleged its Third Cause of Action for Intentional Interference with Contractual Relations against Sabah;
4. HCI and Sabah have resolved the dispute between themselves and HCI wishes to dismiss Sabah from HCI's First Amended Complaint with prejudice;
5. The Parties agree that this Stipulation may be signed in counterparts and signatures transmitted via facsimile shall be given the same force and effect as if originals.

It is hereby stipulated that *only* Sabah International, Inc. be dismissed from HCI's First Amended Complaint with prejudice pursuant to FRCP 41(a)(l)(A)(ii).

DATED: July 1, 2015  HUNT ORTMANN PALFFY
NIEVES DARLING & MAH, INC.


By: /s/ Wahid E. Guirguis
WAHID E. GUIRGUIS
Attorney for Plaintiff HCI Systems, Inc.

| | |
|---|---|
| DATED: July 1, 2015 | ERICKSEN ARBUTHNOT |
| | By: _____ <br> G. Geoffrey Wood <br> Attorney for Defendant Sabah International Inc. |
| DATED: July 1, 2015 | SCHOLEFIELD, P.C. |
| | By: _____ <br> PAMELA J. SCHOLEFIELD <br> Attorney for Defendants Agbayani Construction Corporation and First National Insurance Company of America |

HUNT ORTMANN PALFFY NIEVES DARLING & MAH, INC.
301 NORTH LAKE AVENUE, 7TH FLOOR
PASADENA, CALIFORNIA 91101-1807
Tel (626) 440-5200 • Fax (626) 796-0107

DATED: July 1, 2015    ERICKSEN ARBUTHNOT


By: _____
G. Geoffrey Wood
Attorney for Defendant Sabah International Inc.


DATED: July 1, 2015    SCHOLEFIELD, P.C.


By: _____[signature]_____
PAMELA J. SCHOLEFIELD
Attorney for Defendants Agbayani Construction
Corporation and First National Insurance
Company of America

HUNT ORTMANN PALFFY
NIEVES DARLING & MAH, INC.
301 NORTH LAKE AVENUE, 7TH FLOOR
PASADENA, CALIFORNIA 91101-1807
Tel (626) 440-5200 • Fax (626) 796-0107

648682.1 NSCHNEIDER 3670.004

3

3:14-cv-2503
STIPULATION FOR DISMISSAL OF SABAH
INTERNATIONAL INC.