# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, FOR THE USE AND BENEFIT OF HCI SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AGBAYANI CONSTRUCTION CORPORATION, A CALIFORNIA CORPORATION, et al.,<br><br>Defendants. | Case No. 14-cv-02503-MEJ<br><br>**ORDER CONTINUING STAY OF ENTIRE ACTION AND ORDERING FOLLOW-UP STATUS REPORT**<br><br>Re: Dkt. No. 52 |

In light of the parties' status report filed July 13, 2016 (Dkt. No. 52), the Court **ORDERS** that the stay of this action be continued until May 1, 2017. The Court further **ORDERS** the parties to file an updated status report by May 4, 2017.

**IT IS SO ORDERED.**

Dated: July 13, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge