UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, FOR THE USE AND BENEFIT OF HCI SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AGBAYANI CONSTRUCTION CORPORATION, A CALIFORNIA CORPORATION, et al.,<br><br>Defendants. | Case No. 14-cv-02503-MEJ<br><br>**ORDER TO SHOW CAUSE** |

On December 8, 2014, the Court granted the parties' stipulation to stay this action to allow them to participate in mediation and arbitration proceedings. Dkt. No. 44. On July 13, 2016, the Court granted the parties' stipulation to extend the stay until May 1, 2017, and ordered them to file an updated status report by May 4, 2017. Dkt. No. 52. As of the date of this Order, the parties have not filed a status report.

Accordingly, the Court **ORDERS** the parties to show cause by **May 16, 2017** why the Court should not lift the stay. If the parties timely file a responsive declaration, the Court shall either issue an order based on the declaration or conduct a hearing on June 15, 2017 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff does not intend to prosecute, and the case will be dismissed without prejudice.</u> Thus, it is imperative that the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: May 9, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge