Carlo Paciulli, Esq., SBN 213857
 paciulli@huntortmann.com
HUNT ORTMANN PALFFY
NIEVES DARLING & MAH, INC.
301 North Lake Avenue, 7th Floor
Pasadena, California 91101-1807
Phone: (626) 440-5200   Fax: (626) 796-0107

Attorneys for Plaintiff HCI Systems, Inc.

Pamela J. Scholefield, Esq., SBN 196368
 pam@construction-laws.com
SCHOLEFIELD, P.C. – CONSTRUCTION LAW
10815 Rancho Bernardo Road, Suite 105
San Diego, California 92127
Phone: (858) 613-0888   Fax: (858) 613-0045

Attorneys for Defendants Agbayani Construction Corporation and First National Insurance Company of America

**IT IS SO ORDERED**
Judge Maria-Elena James

Dismissed with Prejudice. The Clerk shall close the file.
Dated: 12/18/2017

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of HCI SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AGBAYANI CONSTRUCTION CORPORATION, a California corporation; FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a Massachusetts corporation; SABAH INTERNATIONAL, INC., a California Corporation; and, DOES 1 through 15,<br><br>Defendants. | Case No. 3:14-cv-2503- MEJ<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION AND ALL PARTIES** |

Plaintiff, UNITED STATES OF AMERICA, for the use and benefit of HCI Systems, Inc., Agbayani Construction Corporation, and First National Insurance Company of America ("First National") (Collectively referred to as "Parties"), hereby stipulate and agree that:

Pursuant to FRCP 41(a)(l)(A)(ii), HCI Systems, Inc.'s First Amended Complaint and Agbayani Construction Corporation's Counterclaim are hereby dismissed with prejudice as to all parties; and no other claims or parties remain in this Action.

DATED: 12/18/17

HUNT ORTMANN PALFFY
NIEVES DARLING & MAH, INC.

By: /s/ Carlo Paciulli
CARLO PACIULLI, ESQ.
Attorneys for Plaintiff HCI Systems, Inc.

DATED: 12/6/2017

SCHOLEFIELD, P.C.

By: /s/ Pamela J. Scholefield
PAMELA J. SCHOLEFIELD
Attorneys for Defendants Agbayani Construction Corporation and First National Insurance Company of America